```
1    Robert C Weems (SBN 148156)
     WEEMS LAW OFFICES
2    526 3rd St., Ste. A-2
     San Rafael, CA 94901
3    Ph: 415.881.7653
4    Fx: 866.610.1430
     Email: rcweems@weemslawoffices.com
5
6    Attorney for Plaintiff,
     LUCINDA ROSE MOSNA
7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| LUCINDA ROSE MOSNA, | Case No. 3:23-cv-02647-LJC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER FOR MODIFICATION OF PROCEDURAL ORDER [ECF No. 5] |
| v. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | [ECF No. 11] |
| Defendant. | |

Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 5] should be modified. Plaintiff's time to move for summary judgment should be extended thirty days from 8/24/2023 to 9/25/2023, all other deadlines to be determined by reference to the Court's procedural order [ECF No. 5], and that good cause supports the extension of time.

This is Plaintiff's first request for modification of the procedural order. Good cause supporting the extension of the filing deadline includes Plaintiff's counsel has been unable to complete Plaintiff's motion for summary judgment to the professional standards of the Court, as of the current deadline, despite diligence due to among other things the size of the administrative record and the amount of time requested is reasonably necessary in light of Plaintiff's counsel's calendar during the period covered by the extension for him to finalize Plaintiff's motion for

summary judgment on the administrative record.

  This request is made jointly in good faith, without dilatory motive, and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, August 24, 2023.

| WEEMS LAW OFFICES | | ISMAIL J. RAMSEY (CABN 189820) |
| --- | --- | --- |
| | | United States Attorney |
| | | MICHELLE LO (NYRN 4325163) |
| | | Chief, Civil Division, |
| | | Office of U.S. Attorney |
| | | OSCAR GONZALEZ DE LLANO |
| | | Sp. Asst. U.S. Attorney |
| /s/Robert C. Weems | By: | /s/ Oscar Gonzalez de Llano |
| ROBERT C. WEEMS, | | OSCAR GONZALEZ DE LLANO |
| Attorney for Plaintiff, | | Sp. Asst. U.S. Attorney, |
| LUCINDA ROSE MOSNA | | Attorney for Defendant |
| | | (per email authorization) |

**ORDER**

SO ORDERED

Dated: August 29, 2023

LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE