UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA ROSE MOSNA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>Defendants. | Case No. 23-cv-02647-LJC<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Pursuant to the Court's Procedural Order (ECF No. 5), Plaintiff Lucinda Rose Mosna's motion for summary judgment in this action for review of a social security disability determination was initially due on August 24, 2023. On the day Plaintiff's motion was due, the parties submitted a stipulation for a thirty-day extension of the deadline. ECF No. 11. Plaintiff's counsel provided that good cause supported the extension because of counsel's inability to complete Plaintiff's motion for summary judgment by the original deadline, due to "among other things the size of the administrative record." Id. at 1. The Court granted the parties' stipulation and extended the deadline for Plaintiff to file her motion for summary judgment to September 25, 2023. ECF No. 12.

That extended deadline has passed, and no motion has been filed. Plaintiff is therefore **ORDERED** to show cause why this action should not be dismissed for failure to prosecute. The parties may respond to this order by filing either a joint stipulated schedule or separate responses no later than November 22, 2023.

//

//

//

The Court finds the matter suitable for resolution without oral argument and declines to set a hearing.

**IT IS SO ORDERED.**

Dated:  November 8, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge