UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCINDA ROSE MOSNA,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, et al.,<br><br>Defendants. | Case No. 23-cv-02647-LJC<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 13 |

On November 8, 2023, the Court issued an order to show cause why this action should not be dismissed for failure to prosecute (Order to Show Cause), after Plaintiff Lucinda Rose Mosna failed to file her motion for summary judgment by the Court's deadline of September 25, 2023. ECF No. 13. The Court ordered that the parties respond to the Order to Show Cause by filing either a joint stipulated schedule or separate responses no later than November 22, 2023. Id. The parties did not file a joint stipulated schedule. Instead, on November 22, 2023, Plaintiff filed her Motion for Summary Judgment. ECF No. 14. Plaintiff's Motion for Summary Judgment, however, does not respond to the Order to Show Cause or contain any explanation for why Plaintiff failed to meet the Court's September 25, 2023 deadline by almost two months. Defendant Kilolo Kijakazi did not file her own separate response.

Plaintiff is hereby directed to file a response to the Order to Show Cause no later than seven days from the date of this Order, which explains the reasons behind the delay in filing her Motion for Summary Judgment.

//

//

//

If Defendant wishes to respond, she may file her own response no later than four days after Plaintiff's response.

**IT IS SO ORDERED.**

Dated: December 7, 2023

LISA J. CISNEROS
United States Magistrate Judge