1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                    NORTHERN DISTRICT OF CALIFORNIA

6

7     LUCINDA ROSE MOSNA,                          Case No.  23-cv-02647-LJC

8                    Plaintiff,                    **ORDER DISCHARGING ORDER TO
                                                   SHOW CAUSE WHY ACTION
9            v.                                    SHOULD NOT BE DISMISSED FOR
                                                   FAILURE TO PROSECUTE**
10    KILOLO KIJAKAZI, et al.,
                                                   Re: ECF No. 13
11                   Defendants.

12

13          On November 8, 2023, the Court directed Plaintiff Lucinda Rose Mosna to show cause

14   why the action should not be dismissed for failure to prosecute (Order to Show Cause), after

15   Plaintiff did not file her Motion for Summary Judgment by the September 25, 2023 deadline.  ECF

16   No. 13.  Although Plaintiff eventually filed her Motion for Summary Judgment (ECF No. 14), she

17   did not address the Order to Show Cause or otherwise explain the almost two-month delay in

18   bringing her motion.  The Court thus directed her to specifically respond to the Order to Show

19   Cause by December 14, 2023.  ECF No. 16.  Counsel for Plaintiff subsequently filed a statement,

20   explaining to the Court that the failure to timely file Plaintiff's Motion for Summary Judgment or

21   to seek an extension was because of his own "inadvertence and excusable neglect and not an

22   intentional failure to prosecute."  ECF No. 17 at 2.  Defendant Kilolo Kijakazi was given an

23   opportunity to file a response but did not do so.

24          As an initial matter, the Court notes that the factual contentions in Plaintiff's counsel's

25   "statement" are not supported by a declaration as set forth in the Local Rules and the Federal

26   Rules of Civil Procedure.  <u>See</u> Civ. L.R. 6-3, 7-5(a); Fed. R. Civ. P. 56(c), (e); <u>see also</u> 28 U.S.C.

27   § 1746 (requiring that an unsworn declaration, certificate, verification, or statement be

28   "subscribed…as true under penalty of perjury.")  Nor did Plaintiff bring a request or motion under

United States District Court
Northern District of California

1   Local Rules 6-2 or 6-3—which must also be accompanied by a declaration—seeking an order to

2   enlarge or shorten time so that the Motion for Summary Judgment will not be considered

3   untimely.

4          Nevertheless, having read and considered counsel's statement, and noting no opposition

5   from Defendant, the Court hereby **DISCHARGES** the Order to Show Cause.  The Court expects

6   that counsel has taken all necessary steps to ensure that this will not recur.  Any future

7   modifications to the Social Security Procedural Order, or any other case deadlines, shall be

8   requested in compliance with the Local Rules.  Any further failure to comply with the Local Rules

9   or with Court orders will result in sanctions.

10         **IT IS SO ORDERED.**

11  Dated: December 20, 2023

12

13  _____

14  LISA J. CISNEROS
    United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2